Law Offices of
# Donald J. Yannella
A NY Professional Corporation
**Email: nynjcrimlawyer@gmail.com**
**Tel: (212) 226-2883**
**Mobile: (917) 549-6818**

**NJ address:**
**135 Prospect Street**
**Ridgewood, NJ 07450**

**NY address:**
**52 Duane Street, 7th floor**
**New York, NY 10007**

June 25, 2026

Hon. Denise L. Cote
United States District Judge
500 Pearl Street
New York, NY 10007

*Granted. Mr. Brill need not attend.*
*[signature] Denise Cote*
*6/29/26*

    Re:    United States v. Yeremy Lorenzo Jose
        26 Cr 216 (DLC)

Dear Judge Cote:

    I was appointed pursuant to the Criminal Justice Act as counsel for Yeremy Lorenzo Jose at his presentment on June 9, 2026. Retained counsel, Arthur Trakas, filed a notice of appearance for my client on June 22, 2026. (ECF 62). On July 2, 2026, the matter is on for a status conference in accordance with Your Honor's scheduling order. (ECF 45).

    I respectfully request that I be relieved as counsel and that I be taken off the list for further ECF notifications. If the presence of outgoing counsel is required to approve the substitution of counsel, I request that attorney Steven Brill be permitted to stand in for me.

    I am unavailable to appear because I am scheduled to be in Rochester, New York, on July 2, 2026, on another pressing CJA matter. I emailed Mr. Trakas a copy of my file. Thank you for your courtesy and attention to this matter.

Sincerely,

/s/

Donald J. Yannella, Esq.