AGT
ARTHUR G. TRAKAS
ATTORNEY AT LAW

August 4, 2026

Via ECF
Hon. Denise S. Cote
United States District Court Judge, SDNY
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: US v. Yeremy Lorenzo Jose
Case no.: 26-CR-216(DLC)

Dear Judge Cote:

This office represents **Yeremy Lorenzo Jose,** a defendant in the above referenced matter.

The government and this office have reached an agreement on a bond package for Mr. Lorenzo Jose. The conditions are as follows:

a) A $50,000 PRB cosigned by 2 Financially Responsible Persons (subject to confirmation by the government.

b) Supervision as directed by pretrial

c) Defendant must maintain or seek employment

d) Defendant must surrender his passport, travel documents and seek no new travel documents

e) Defendant's travel will be restricted to SDNY/EDNY

f) Defendant shall have no contact with the codefendants except in the presence of counsel.

A.G. TRAKAS, P.C.
31-19 NEWTOWN AVENUE · SUITE 500 · ASTORIA, NY 11102 | TEL: (718) 721-7171 | FAX: (718) 204-2310
WWW.ARTHURTRAKAS.COM · EMAIL: ATRAKAS@TRAKASLAW.COM

g) defendant shall neither possess or access firearms, destructive devices or other weapons*

* The Government notes that two handguns were seized during a search of Mr. Lorenzo Jose's residence at the time of his arrest, that law enforcement conducted the search without a warrant, and the Government does not intend to introduce the handguns as evidence in its case-in-chief at any trial.

h) Home detention with location monitoring tech to be determined by Pretrial

NOTE: The court and the government are advised that Mr. Lorenzo Jose currently suffers from a urinary condition that may require a surgical intervention

Respectfully submitted,

/s/ Arthur G Trakas

A.G. Trakas, PC

Cc: **Robert S. Ruff**
Assistant U.S. attorney (via ECF)

**So-Ordered:**

Denise Cote

**Hon. Denise L. Cote**

8/6/26